# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RUSSELL GREEN,<br><br>   Petitioner,<br><br>   v.<br><br>CRAIG KOENIG, WARDEN, ET AL.,<br><br>   Respondents. | Case No. EDCV 20-1274-JLS (KK)<br><br>JUDGMENT |

   Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

   IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is DISMISSED with prejudice.

Dated: March 22, 2021

_____
HONORABLE JOSEPHINE L. STATON
United States District Judge